## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St.,  Suite PHR,  New York, NY 10003
212 228-9795  www.gottlieblaw.net

June 16, 2025

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Cedric Bishop v. Vrai & Oro, LLC*
Case No.: 1:25-cv-01834-JLR

Dear Judge Rochon,

Counsel for Plaintiff, Cedric Bishop, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiff"), and Counsel for Defendant, Vrai & Oro, LLC, ("Defendant") (collectively, the "Parties") in the above-referenced matter write pursuant to Your Honor's Order on March 7, 2025 (Dkt. 6).

The parties have been in communication and are optimistic that the matter will be resolved. We jointly write to respectfully request an additional thirty days to negotiate and finalize a potential settlement.

We sincerely thank Your Honor and this Court for its time and attention to this matter.

Respectfully submitted,

*/s/Cherelle Iman Glimp, Esq.*

*/s/Jeffrey M. Gottlieb, Esq.*

Cherelle Iman Glimp, Esq.

Jeffrey M. Gottlieb, (JG-7905)
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiffs*

DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Phone: 212-335-4899
Fax: 212-335-4501
Cherelle.glimp@us.dlapiper.com
*Attorneys for Defendant*